HOLY TRINITY BAPTIST CHURCH OF BROOKLYN, Respondent, v. CHARLES D.

PATTERSON, Appellant.— Order granting temporary injunction pending trial affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.